UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

IN RE:                                        )
                                              )    Case No. 20-80509
CHAUNCEY RAMON CARNES                         )
                                              )    Chapter 7
                          Debtor(s)           )

APPLICATION BY TRUSTEE TO EMPLOY ATTORNEY

The Application of Jeana K. Reinbold respectfully alleges:

1.  The Debtor filed a voluntary petition for relief pursuant to chapter 7 of the United States Bankruptcy Code on April 29, 2020, and the applicant was appointed as Trustee of the Debtor's estate.

2.  The Trustee seeks to hire an attorney to assist the Trustee with the investigation of the circumstances concerning a false arrest claim against the Chicago Police Department, for which the Debtor filed a complaint with the Civilian Office of Police Accountability in February 2020 and is pending as Log No. 2020-0000571 ("Claim"), and prosecution of such Claim if determined to be appropriate. The Debtor had not previously retained an attorney to assist him with representation regarding the Claim.

3.  The Trustee applies for authority to employ Kenneth N. Flaxman and the firm of Kenneth N. Flaxman, P.C., with a place of business at 200 South Michigan Avenue, Suite 201, Illinois 60604, as her attorneys in this case to assist the Trustee in pursuing said Claim on behalf of the estate. To the best of the Trustee's knowledge, Mr. Flaxman and his firm are eligible under the Code for employment for the purposes set forth in this application.

4.  If appointed, the estate would pay Mr. Flaxman and his firm a 40% contingency fee payable from any recovery, after reasonable costs and expenses are deducted, subject to a credit for any fees that may be awarded by a court reviewing the Claim, subject to final Court

approval. Mr. Flaxman and the firm understand, and agree, that the bankruptcy estate will not pay any fees, costs and expenses if there is no recovery.

5. To the best of the Trustee's knowledge, as set forth in the affidavit of Kenneth N. Flaxman filed with this Application, Mr. Flaxman and his firm do not hold any interest adverse to the Trustee, Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any employee in the office of the United States Trustee Region 10 in this case with respect to the Claim. The Trustee accordingly believes that Mr. Flaxman is a disinterested person within the meaning of 11 U.S.C. § 101(14), and that it would be appropriate and in the best interests of the estate to employ Mr. Flaxman and his firm under the provisions of 11 U.S.C. § 327(a).

WHEREFORE, the Trustee respectfully prays that the Court enter an order authorizing the Trustee to employ Kenneth N. Flaxman and the firm of Kenneth N. Flaxman, P.C., as her attorneys in this case under the terms and conditions set forth in this Application, and grant such other and further relief as is just.

|  | CHAPTER 7 TRUSTEE |
|---|---|
| Dated: July 16, 2020 | /s/ Jeana K. Reinbold<br>Jeana K. Reinbold<br>P.O. Box 7315<br>Springfield, IL 62791-7315<br>(217) 241-5620 |

## CERTIFICATE OF SERVICE

I do hereby certify that I have caused to be served, this day, a copy of the foregoing APPLICATION BY TRUSTEE TO EMPLOY ATTORNEY, by CM/ECF electronic filing to the U.S. Trustee USTPRegion10.PE.ECF@usdoj.gov and Michael A Williams on behalf of Debtor Chauncey Ramon Carnes lhendley@qcbankruptcy.com.

| Dated: July 16, 2020 | /s/ Jeana K. Reinbold<br>Jeana K. Reinbold |
|---|---|