UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

IN RE: )
)   Case No. 20-80509
CHAUNCEY RAMON CARNES )
)   Chapter 7
Debtor(s) )

## SWORN STATEMENT OF PROFESSIONAL PERSON

I, Kenneth N. Flaxman, do hereby state as follows:

1. I am an attorney with Kenneth N. Flaxman, P.C., with a place of business at 200 South Michigan Avenue, Suite 201, Illinois 60604, (312) 427-3200.

2. I hereby represent that I or the firm do not hold any interest that is adverse to the bankruptcy estate of the above-named Debtor.

3. My and my firm's connection with the Trustee, Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any employee in the office of the United States Trustee in this case, are as follows: (none)

4. I hereby represent that I am a "disinterested person" as that term is defined in 11 U.S.C. §101(14).

5. I hereby represent that I have not agreed to share any compensation for my services rendered in this case with any person other than members and employees my firm.

6. I shall amend this statement immediately upon my learning that (A) any of the within representations are incorrect or (B) there is any change of circumstances relating thereto.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: July 16, 2020

_____
Kenneth N. Flaxman