**IT IS SO ORDERED.**

**SIGNED THIS: August 5, 2020**

_____
**Thomas L. Perkins
United States Chief Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-80509 |
| CHAUNCEY RAMON CARNES ) | |
| ) | Chapter 7 |
| Debtor(s) ) | |

ORDER AUTHORIZING TRUSTEE TO EMPLOY ATTORNEY

The Application by Trustee to Employ Attorney ("Application") having come before the Court, due notice having been given, no objections having been filed or having been overruled,

IT IS HEREBY ORDERED THAT:

The Application is granted and the Trustee is allowed to employ Kenneth N. Flaxman and the firm of Kenneth N. Flaxman, P.C. as her attorneys in this case to prosecute the Claim described in the Application on behalf of the bankruptcy estate under the terms and conditions set forth in the Application. Fees will be subject to application and further order of this Court.

###