**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Chauncey Ramon Carnes** | Social Security number or ITIN  **xxx–xx–4255** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Central District of Illinois**

Case number:  **20–80509**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Chauncey Ramon Carnes

<u>8/21/20</u>                                                  **By the court:**  <u>    /S/   Thomas L. Perkins     </u>
                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                               Central District of Illinois

In re:                                                                          Case No. 20-80509-tlp
Chauncey Ramon Carnes                                                           Chapter 7
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0753-1           User: admin                  Page 1 of 2          Date Rcvd: Aug 21, 2020
                               Form ID: 318                 Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2020.
db             +Chauncey Ramon Carnes,    1710 25th Street Apt. 4,    Rock Island, IL 61201-3776
7175790        +Advanced Radiology,    615 Valley View Drive Ste 202,    Moline, IL 61265-6180
7195219        +FINANCIAL ADJUSTMENT BUREAU, INC.,    612 JEFFERSON,    BURLINGTON, IA 52601-5428
7175793        +Furnish 123,    825 W 4th Street,    Davenport, IA 52802-3506
7175794        +GEICO,    1 GEICO Center,    Macon, GA 31295-0001
7175795        +General Service Bureau,    PO Box 641579,    Omaha, NE 68164-7579
7175796        +Genesis Health,    PO Box 4028,    Rock Island, IL 61204-4028
7175798        +IH Mississippi Valley CU Credit Card,    Attn: Bankruptcy,    2121 47th Street,
                 Moline, IL 61265-3663
7175800        +Illinois Tollway,    PO Box 5544,    Chicago, IL 60680-5491
7175801        +Lloyd's Plan, Inc.; LPI Loans,    Attn: Bankruptcy Dept.,    3717 Brady St,
                 Davenport, IA 52806-6022
7175803       ++MEDIACOM COMMUNICATIONS CORPORATION,    ONE MEDIACOM WAY,    CHESTER NY 10918-4850
                (address filed with court: Mediacom,    PO Box 5744,    Carol Stream, IL 60197)
7175802        +Mariner Finance, LLC,    Attn: Bankruptcy,    8211 Town Center Drive,    Nottingham, MD 21236-5904
7201527        +Mediacom Communications Corporation,    PO BOX 1931,    BURLINGAME, CA 94011-1931
7175804        +Mid American Energy,    P.O. Box 8020,    Davenport, IA 52808-8020
7198223         MidAmerican Energy Company,    PO Box 4350 Credit,    Davenport, IA 52808-4350
7196291        +Personal Finance Company,    8211 Town Center Drive,    Nottingham, MD 21236-5904
7175806        +Professional Account Managment,    PO Box 741,    Milwaukee, WI 53201-0741
7175807        +Progressive,    P.O. Box 6949,    Cleveland, OH 44101-1949
7175808        +Quad Corporation,    2322 E. Kimberly Rd. Ste. 150E,    Davenport, IA 52807-7219
7175809        +Radiology Group,    612 Jefferson,    Burlington, IA 52601-5428
7175811        +Rock Island County Circuit Court,    1317 3rd Avenue, Suite 101,    Rock Island, IL 61201-8507
7175814        +Sun Loan Company,    1535 47th Ave,    Moline, IL 61265-7088
7175816        +The University of Iowa College of,    Dentistry & Dental Clinics,    Payment Processing Center,
                 PO Box 310344,    Des Moines, IA 50331-0344
7175817        +Unity Point Clinic,    5401 44th Ave #101,    Moline, IL 61265-8134
7175818        +Unity Point Health,    Payment Processing Center,    PO Box 809284,    Chicago, IL 60680-9284
7188850         Westgate Palace LLC,    5061 Windhover Drive,    Orlando, FL  32819

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              EDI: QJREINBOLD.COM Aug 22 2020 00:33:00      Jeana K. Reinbold,   PO Box 7315,
                 Springfield, IL  62791-7315
7175789        +E-mail/Text: bnc@advanceamerica.net Aug 21 2020 20:31:25      Advance America,   617 42nd Avenue,
                 East Moline, IL 61244-4029
7175791        +EDI: CCS.COM Aug 22 2020 00:33:00      Credit Collection Services,    Attn: Bankruptcy,
                 725 Canton St,    Norwood, MA 02062-2679
7175792        +E-mail/Text: bknotice@ercbpo.com Aug 21 2020 20:31:27      Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
7175797         E-mail/Text: bankruptcynotifications@ihmvcu.org Aug 21 2020 20:31:33
                 IH Mississippi Valley CU,    2121 47th St,    Moline, IL 61265
7175799         E-mail/Text: accountsreceivable@illinoislending.com Aug 21 2020 20:30:58
                 Illinois Lending Corp.,    3612  Avenue of the Cities,    Moline, IL 61265
7175805        +EDI: AGFINANCE.COM Aug 22 2020 00:28:00      OneMain Financial,    Attn: Bankruptcy,
                 Po Box 3251,    Evansville, IN 47731-3251
7175810        +E-mail/Text: rvoms1@gmail.com Aug 21 2020 20:31:41      River Valley Oral Surgery,
                 930 16th Avenue,    Moline, IL 61265-3809
7175812        +EDI: SECFIN.COM Aug 22 2020 00:28:00      Security Finance,    Attn: Bankruptcy,    Po Box 1893,
                 Spartanburg, SC 29304-1893
7203393        +EDI: SECFIN.COM Aug 22 2020 00:28:00      Security Finance Corporation,    P.O. Box 1893,
                 Spartanburg, SC 29304-1893
7175813        +EDI: NEXTEL.COM Aug 22 2020 00:28:00      Sprint,    P.O. Box 8077,    London, KY 40742-8077
7175815        +E-mail/Text: banko@hestark.com Aug 21 2020 20:31:36      The Stark Agency,   Attn: Bankruptcy,
                 Po Box 45710,    Madison, WI 53744-5710
7175819         EDI: USBANKARS.COM Aug 22 2020 00:28:00      US Bank,    230 18th Street,    Rock Island, IL 61201
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0753-1         User: admin              Page 2 of 2              Date Rcvd: Aug 21, 2020
                             Form ID: 318             Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2020 at the address(es) listed below:
              Jeana K. Reinbold    trustee@jeanareinboldlaw.com,
               jreinbold@ecf.axosfs.com;jeana@jeanareinboldlaw.com
              Michael A Williams    on behalf of Debtor Chauncey Ramon Carnes lhendley@qcbankruptcy.com
              U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```