**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 20-80509 | TLP | Judge: | Thomas L. Perkins | Trustee Name: | Jeana K. Reinbold, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Chauncey Ramon Carnes | | | | Date Filed (f) or Converted (c): | 04/29/2020 (f) |
| | | | | | 341(a) Meeting Date: | 06/09/2020 |
| For Period Ending: | 09/30/2020 | | | | Claims Bar Date: | 10/08/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2005 GMC Envoy | 4,000.00 | 0.00 | | 0.00 | FA |
| 2. Household goods and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 4. Checking account at Comerica Bank | 0.00 | 0.00 | | 0.00 | FA |
| 5. Savings account at Federal Credit Union | 5.00 | 0.00 | | 0.00 | FA |
| 6. 401k | 12,000.00 | 0.00 | | 0.00 | FA |
| 7. Accrued Wages | 674.00 | 0.00 | | 0.00 | FA |
| 8. 2019 Federal and State Tax Refunds | 1,674.00 | 0.00 | | 0.00 | FA |
| 9. Timeshare at 6145 Carrier Drive, Orlando, FL 32819 (u) | 12,000.00 | 0.00 | | 0.00 | FA |
| 10. False arrest lawsuit against City of Chicago Police (u) | 0.00 | 1.00 | | 0.00 | 1.00 |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $31,553.00 | $1.00 | | $0.00 | $1.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

8/5/20 - order entered granting application to employ attorney to pursue wrongful arrest case.

Initial Projected Date of Final Report (TFR): 02/28/2021    Current Projected Date of Final Report (TFR): 02/28/2021

Trustee Signature:    /s/ Jeana K. Reinbold, Trustee    Date: 11/06/2020

Jeana K. Reinbold, Trustee
P.O. Box 7315
Springfield, IL 62791-7315
(217)241-5629
jeana@jeanareinboldlaw.com